ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Beautiful Windows LLC ) ASBCA No. 59120
)
Under Contract No. W912C6-13-P-0034 )

APPEARANCE FOR THE APPELLANT: Ms. Marion Baker
President

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Cameron R. Edlefsen, JA
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59120, Appeal of Beautiful Windows LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals